STATE of Missouri, Respondent,

v.

Elmer D. DAVIS, a/k/a
Teeno, Appellant.

No. WD 37131.

Missouri Court of Appeals,
Western District.

June 10, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 24, 1986.

Application to Transfer Denied
Sept. 16, 1986.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and DIXON and LOWENSTEIN, JJ.

ORDER

PER CURIAM.

Appeal from jury trial convictions of four counts of the sale of methylphenidate, a Schedule II controlled substance, in violation of § 195.020 RSMo Cum.Supp.1984, and four counts of the sale of pentazocine, a Schedule IV controlled substance, § 195.-240, RSMo 1978, and sentence to eight concurrent twenty-year terms of imprisonment.

Judgment affirmed. Rule 30.25(b).

---

STATE of Missouri, Respondent,

v.

Carlos FERNANDEZ–PUIZ, Appellant.

No. WD 37193.

Missouri Court of Appeals,
Western District.

June 10, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 24, 1986.

Application to Transfer Denied
Sept. 16, 1986.

Sean D. O'Brien, Public Defender, Kansas City, Bruce R. Anderson, Asst. Public Defender, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and DIXON and LOWENSTEIN, JJ.

PER CURIAM.

ORDER

Appeal from jury trial convictions of murder in the second degree, § 565.021.-1(1), RSMo Supp.1984, and armed criminal action, § 571.015, RSMo 1978, and sentence to consecutive twenty-five and fifteen year terms of imprisonment.

Judgment affirmed. Rule 30.25(b).